# EXHIBIT C

Search for articles…

All Collections > Order Status & Shipping > FAQ: Where Is Mixtiles Located?

# FAQ: Where Is Mixtiles Located?

Find out where Mixtiles are made.

Updated over a week ago

Mixtiles are proudly made at our factories in the US, UK, and Germany. 😊

We operate exclusively online and do not have a physical retail store. 🌐 This allows us to bring Mixtiles directly to your door, no matter where you are!

If you need to get in touch with us, our friendly customer support team can be reached by email or live chat.

Email: [hi@mixtiles.com](mailto:hi@mixtiles.com)
Live Chat: Available on our website or app

We're here to help and excited to assist you in creating beautiful Mixtiles! 💛

Did this answer your question?

  

# MIXTILES

Mixtiles    Instagram    Pinterest    Email Us

