# EXHIBIT D

Search for articles...

All Collections > Order Status & Shipping > FAQ: Which Courier Do You Use and Where Do You Ship?

# FAQ: Which Courier Do You Use and Where Do You Ship?

Learn where Mixtiles can ship to and who our courier is.

Updated over a week ago

Great news! We deliver Mixtiles using UPS to bring your beautiful photo tiles right to your doorstep! 📦

## Countries We Ship To

We're thrilled to say that we ship Mixtiles to almost every corner of the globe. 🌍 Take a look at the table below for a complete list of countries we ship to!

| |
|---|
| Albania |
| Angola |
| Anguilla |
| Antarctica |
| Antigua and Barbuda |
| Argentina |
| Aruba |
| Australia |
| Austria |
| Bahamas |
| Bahrain |
| Bangladesh |
| Barbados |
| Belgium |
| Belize |
| Benin |
| Bermuda |
| Bhutan |
| Bolivia |
| Bosnia and Herzegovina |
| Botswana |
| Bouvet Island |
| British Indian Ocean Territory |
| Brunei Darussalam |

| |
|---|
| Bulgaria |
| Burkina Faso |
| Burundi |
| Canada |
| Cayman Islands |
| Chad |
| Chile |
| Christmas Island |
| Cocos (Keeling) Islands |
| Congo |
| Costa Rica |
| Croatia |
| Cyprus |
| Czech Republic |
| Denmark |
| Dominica |
| Dominican Republic |
| Ecuador |
| Egypt |
| El Salvador |
| Equatorial Guinea |
| Eritrea |
| Estonia |

| |
|---|
| Ethiopia |
| Finland |
| France |
| French Guiana |
| French Polynesia |
| French Southern Territories |
| Gabon |
| Gambia |
| Germany |
| Gibraltar |
| Greece |
| Grenada |
| Guadeloupe |
| Guatemala |
| Guyana |
| Haiti |
| Heard Island and Mcdonald Islands |
| Holy See (Vatican City State) |
| Honduras |
| Hong Kong |
| Hungary |
| Iceland |
| Indonesia |
| Ireland |

| |
|---|
| Israel |
| Italy |
| Jamaica |
| Japan |
| Jordan |
| Kenya |
| South Korea |
| Latvia |
| Lesotho |
| Liechtenstein |
| Lithuania |
| Luxembourg |
| Macao |
| Madagascar |
| Malawi |
| Malaysia |
| Maldives |
| Mali |
| Malta |
| Martinique |
| Mauritius |
| Mexico |
| Monaco |
| Montserrat |

| |
|---|
| Montserrat |
| Morocco |
| Mozambique |
| Namibia |
| Netherlands |
| New Zealand |
| Nicaragua |
| Niger |
| Nigeria |
| Norfolk Island |
| Norway |
| Oman |
| Pakistan |
| Panama |
| Paraguay |
| Peru |
| Philippines |
| Pitcairn |
| Poland |
| Portugal |
| Puerto Rico |
| Qatar |
| Reunion |
| Romania |

Rwanda

Saint Kitts and Nevis

Saint Lucia

Saint Pierre and Miquelon

Saint Vincent and the Grenadines

San Marino

Saudi Arabia

Senegal

Singapore

Slovakia

Slovenia

South Africa

South Georgia and the South Sandwich Islands

Spain

Sri Lanka

Svalbard and Jan Mayen

Eswatini

Sweden

Switzerland

Taiwan

United Republic of Tanzania

Thailand

Timor-Leste

Tokelau

| |
|---|
| Trinidad and Tobago |
| Turks and Caicos Islands |
| Uganda |
| United Arab Emirates |
| United Kingdom |
| United States of America |
| United States Minor Outlying Islands |
| Uruguay |
| Venezuela |
| Virgin Islands, British |
| Virgin Islands, U.S. |
| Western Sahara |
| Zambia |
| Åland Islands |
| Bonaire, Sint Eustatius and Saba |
| Curaçao |
| Guernsey |
| Isle of Man |
| Jersey |
| Montenegro |
| Saint Barthélemy |
| Saint Martin (French part) |
| Serbia |
| Sint Maarten (Dutch part) |

Sint Maarten (Dutch part)

South Sudan

## Questions?

If you have any more questions or need help with your order, feel free to reach out! We're here to make your Mixtiles experience as smooth as possible. 😊

Email: hi@mixtiles.com
Live Chat: Available on our website or app

Did this answer your question?

  

Mixtiles    Instagram    Pinterest    Email Us

