# EXHIBIT F

All Collections > Mixtiles > All About Mixtiles

# All About Mixtiles

Learn all about what Mixtiles are!

Updated over a month ago

Welcome to Mixtiles! 💖 We're all about turning your favorite photos into beautiful, high-quality photo tiles that you can easily hang on your walls. Mixtiles are made using the photos right from your camera roll, making it super simple to create a personal gallery of your most cherished memories.

Here's why you'll love Mixtiles:

**No Hassle Hanging:** Our special adhesive on the back of each tile lets you stick and re-stick them on your walls dozens of times without any damage. So, if you're someone who loves to change things up, Mixtiles are perfect for you!

**Customizable Options:** You can choose from various borders, frame types, colors, and sizes to perfectly match your unique style and space. 💥 This way, your walls will reflect your personality in the best way possible.

**Easy Ordering:** You can place your order directly on our website (www.mixtiles.com) or by downloading our free mobile app. 📱

Want to see Mixtiles in action? Check out this quick video from our YouTube page to get a better feel for what Mixtiles are all about:



We can't wait for you to create your own gallery with Mixtiles! 😊

**Need Help?**

If you have any questions or need assistance, just give us a shout. 💛

Email: [hi@mixtiles.com](mailto:hi@mixtiles.com)

Live Chat: Available on our website or app

Did this answer your question?

  

MIXTILES

Mixtiles    Instagram    Pinterest    Email Us

