# EXHIBIT G

11/4/24, 3:14 PM
Case 1:24-cv-01386-UNA    Document 1-7    Filed 12/17/24    Page 2 of 4 PageID #: 71
Mixtiles - Photo Tiles on the App Store

# App Store Preview

This app is available only on the App Store for iPhone and iPad.



## Mixtiles - Photo Tiles [4+]
Picture Frames & Wall Prints

**Mixtiles Ltd**

4.9 • 109.6K Ratings

Free

## Screenshots   *iPhone*   *iPad*



Stunning Photo Walls Made Easy

Stunning Photo Walls Made Easy
• Stickable photo tiles
• Magnetic hanging system

*more*

## What's New                              Version History
Version 8.0.2
What's New in Version 8.0

New Tile Styles: Check out our fresh wide frame and canvas options!
More Tile Sizes: Find the perfect fit with our new size options.
Improved UI: Enjoy a smoother, more user-friendly experience with better design.

Update now to enjoy these cool updates and an easier app experience!

## Ratings and Reviews                    See All

**4.9**
out of 5

109.6K Ratings

**Manal Morsy, 01/27/2019**

**Nice but limited**
The customer service team are very good at responding to ones questions and emails - the produced final product is good quality for the price paid - a more

**Sydnus, 09/06/2018**

**A great way to get the pictures you l…**
I love my mixtiles. It's great for someone more

**Developer Response**,
I'm sorry about that badly cropped more

## App Privacy

See Details

The developer, **Mixtiles Ltd**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



### Data Used to Track You

The following data may be used to track you across apps and websites owned by other companies:

- Purchases
- Identifiers
- Contact Info
- Usage Data



### Data Linked to You

The following data may be collected and linked to your identity:

- Purchases
- Contact Info
- Identifiers
- Diagnostics
- Financial Info
- User Content
- Usage Data

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

**Seller**
Mixtiles Ltd

**Size**
90.2 MB

**Category**
Photo & Video

**Compatibility**
**iPhone**
Requires iOS 15.0 or later.

**iPad**
Requires iPadOS 15.0 or later.

**iPod touch**
Requires iOS 15.0 or later.

**Apple Vision**
Requires visionOS 1.0 or later.

Languages
English

Age Rating
4+

Copyright
© 2023 Mixtiles Ltd

Price
Free

App Support ↗
Privacy Policy ↗

## Supports

 **Wallet**
Get all of your passes, tickets, cards, and more in one place.

## More By This Developer

Around: Home Décor by Mixtiles
Shopping

Real - Authentic People
Lifestyle

## You Might Also Like                                                                                 See All

FreePrints Photo Tiles
Photo & Video

Mpix: Prints and Photo Books
Photo & Video

Keepsake Frames
Photo & Video

Chatbooks Family Photo Albums
Photo & Video

 United States     Español (México)

Copyright © 2024 Apple Inc. All rights reserved.

Internet Service Terms    App Store & Privacy    Cookie Warning    Support