# EXHIBIT H



INFRINGEMENT CLAIM CHART:  claims of US Patent No. 12,108,889

| Claim 1 | |
|---|---|
| [1.p.] A repositionable frame system comprising: | |
| [1.1] a repositionable wall mount configured for being repositionably secured to a support surface, |    https://help.mixtiles.com/en/articles/4742191-hanging-your-tiles |

CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION

# LEASON ELLIS

[target]
November 4, 2024
Page 2



| [1.2] the repositionable wall mount including a first magnetic element; and | | |
|---|---|---|
| [1.3] a frame having a rear face that includes a second magnetic element that is magnetically attracted to the first magnetic element resulting in a magnetic coupling between the frame and the repositionable wall mount; | | |

# LEASON ELLIS

[target]
November 4, 2024
Page 3

| | | |
|---|---|---|
| [1.4] Wherein the frame has a border frame section that defines an outer periphery of the frame, |  https://help.mixtiles.com/en/articles/4742191-hanging-your-tiles | Frame border frame section (rectangular brown border on four sides on upper front side image); three sides shown on lower rear side image |
| [1.5] The rear face of the frame including a center section disposed internal to the border frame section which protrudes outwardly from the center section, |  https://help.mixtiles.com/en/articles/4742191-hanging-your-tiles | Rear face frame center section internal to border frame (three sides shown on image) |
| [1.6] the second magnetic element being located within the center section and being offset and spaced from the border frame section so as to define a border area that surrounds the second magnetic |  | Second magnetic element located within center section<br><br>Border frame section/border |

# LEASON ELLIS

[target]
November 4, 2024
Page 4

| | |
|---|---|
| element and extends from an outer peripheral edge of the second magnetic element to the border frame section; | https://help.mixtiles.com/en/articles/4742191-hanging-your-tiles |
| wherein the repositionable wall mount includes a layer of foam; a repositionable adhesive coated over the layer of foam and configured for contacting the support surface and allowing repositioning of the repositionable wall mount; and a magnetically receptive rubber layer that is permanently bonded to the layer of foam. | Layer of foam<br><br>Repositionable adhesive<br><br>Magnetically receptive rubber layer<br><br>(sample cross section of a Mixtiles Magnetic Sticky) |
| 17. The frame system of claim 1, wherein the border area completely surrounds the second magnetic element. | See elements [1.4], [1.5], [1.6] above |
| 18. The frame system of claim 1, wherein an area of the border area is | See elements [1.4], [1.5], [1.6] above |

# LEASON ELLIS

[target]
November 4, 2024
Page 5

| | |
|---|---|
| greater than an area of the second magnetic element. | |
| 19. The frame system of claim 1, further including an image that seats against the border frame section and is disposed between a front face of the border frame section and a rear face of the border frame section. |  |

5