# EXHIBIT I

Search for articles...

All Collections  >  Mixtiles  >  How to Hang Your Mixtiles

# How to Hang Your Mixtiles

Learn some tips and tricks for putting your tiles on the wall! 😊

Updated over a month ago

Your Mixtiles have arrived? How exciting! 🎉 Now, let's get them up on your walls! Hanging your Mixtiles is super easy, and we've got all the tips you need to make sure they look fantastic.

## Prepare Your Wall

Before you get started, wipe your wall with a dry cloth to make sure it's dust-free. This helps the adhesive stick better.

## Plan Your Layout

Decide on a display design before peeling off the backing of the sticky adhesive so it doesn't lose its stickiness.

## Need Some Inspiration?

Visit Our Website: Go to Mixtiles.com, click on the three lines in the upper corner, and select the "Gallery Wall" option. Here, you can see some layout ideas we offer as a Gallery Wall set.

Instagram Inspiration: If you have Instagram, search #Mixtiles to find tons of customer photos and get some great ideas for your own display. 💖

## Measure for Even Spacing

If you want to ensure even spacing between your tiles, use any measuring tool.

## Level Your Tiles

To make sure your tiles are straight, use a level.

## Single Sticky Adhesive Strip

**Peel and Stick:** Peel the protective sheet from the sticky adhesive.
**Apply Pressure:** Press evenly around the frame to ensure a great grip on the wall.

Want to see this in action? Check out this quick video:



11/4/24, 12:40 PM
How to Hang your Mixtiles | Mixtiles Help Center
Case 1:24-cv-01386-UNA    Document 1-9    Filed 12/17/24    Page 4 of 7 PageID #: 83




## Magnet Stickies

If your Mixtiles came with a single magnetic sticky on the back, here's what to do:

1. Stick the wall magnet onto the wall where the tile will go.
2. Connect the magnet on the back of the photo to the magnet on the wall.

Watch this video to see how it works:



Mixtiles - Magnet hanging instructions



## Keeping Your Mixtiles in Great Shape

To keep your Mixtiles looking fresh, just wipe them with a dry, soft cloth. No need for water or cleaning products!

## Need Help?

Feel free to reach out to us if you have any questions or need assistance. We're here to help!

Email: hi@mixtiles.com
Live Chat: Available on our website or app

Happy decorating! 💥

Did this answer your question?

  

MIXTILES

Mixtiles    Instagram    Pinterest    Email Us

