IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACER IMAGING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MIXTILES, LTD., and MIXTILES USA, INC. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Tracer Imaging LLC, a non-governmental entity, through its undersigned counsel states that Tracer Imaging LLC has no parent corporation and no publicly-held corporation owns 10% or more of Tracer Imaging LLC.

OF COUNSEL:
Yuval Marcus
Robert M. Isackson
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
(914) 288-0022

Dated: December 17, 2024

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
*Attorneys for Plaintiff Tracer Imaging LLC*