IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACER IMAGING LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-1386-JCB |
| MIXTILES, LTD., and MIXTILES USA, INC. | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF COMPLETION OF BRIEFING CONCERNING
DEFENDANTS MIXTILES, LTD.'S AND MIXTILES USA, INC.'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

On April 23, 2025, Defendants Mixtiles, Ltd. and Mixtiles, USA, Inc. (collectively, "Mixtiles") filed a Motion to Dismiss Plaintiff Tracer Imaging LLC's ("Tracer") Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"), as well as its opening brief in support thereof. (D.I. 18, 20-21). On May 7, Tracer filed an answering brief in opposition to the Motion. (D.I. 22-23). Mixtiles filed its reply brief in support of the Motion on May 14. (D.I. 24). Accordingly, Mixtiles is providing this notice that briefing on the Motion is completed, pursuant to the Court's Standing Order Regulating Practice in Delaware, dated May 15, 2025. (D.I. 25).

| | |
|---|---|
| OF COUNSEL:<br><br>William H. Frankel<br>David P. Lindner<br>CROWELL & MORING LLP<br>455 N. Cityfront Plaza Drive<br>Suite 3600<br>Chicago, IL 60611<br>(312) 321-4200<br>wfrankel@crowell.com<br>dlindner@crowell.com<br><br>Dated: May 15, 2025 | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendants Mixtiles, Ltd. and Mixtiles USA, Inc.* |