IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACER IMAGING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIXTILES, LTD., and MIXTILES USA, INC. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 24-1386-JCB |

## NOTICE REGARDING PLACE OF TRIAL AND HEARINGS

PLEASE TAKE NOTICE that, pursuant to JCB-CV-77 (D.I. 25), Defendants Mixtiles, Ltd. and Mixtiles, USA, Inc. do not consent to trial or hearings in the Eastern District of Texas, Tyler Division.

OF COUNSEL:

William H. Frankel
David P. Lindner
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611
(312) 321-4200
wfrankel@crowell.com
dlindner@crowell.com

Dated: May 23, 2025

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendants Mixtiles, Ltd. and Mixtiles USA, Inc.*