IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACER IMAGING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-1386-JCB |
| v. | ) |
| | ) |
| MIXTILES, LTD. and MIXTILES USA, INC. | ) |
| | ) |
| Defendants. | ) |

**<u>NOTICE REGARDING PLACE OF TRIAL AND HEARINGS</u>**

PLEASE TAKE NOTICE that, pursuant to JCB-CV-77 (D.I. 25), Plaintiff Tracer Imaging LLC consents to both trial and hearings in the Eastern District of Texas, Tyler Division.

|  |  |
|---|---|
| | */s/ Andrew E. Russell* |
| | Karen E. Keller (No. 4489) |
| | Andrew E. Russell (No. 5382) |
| | Lindsey M. Gellar (No. 7202) |
| OF COUNSEL: | SHAW KELLER LLP |
| Yuval Marcus | I.M. Pei Building |
| Robert M. Isackson | 1105 North Market Street, 12th Floor |
| Henry A. Gabathuler | Wilmington, DE 19801 |
| Cha Hyung Kim | (302) 298-0700 |
| LEASON ELLIS LLP | kkeller@shawkeller.com |
| One Barker Avenue, Fifth Floor | arussell@shawkeller.com |
| White Plains, New York 10601 | lgellar@shawkeller.com |
| (914) 288-0022 | *Attorneys for Plaintiff Tracer Imaging LLC* |

Dated: June 12, 2025