# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACER IMAGING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIXTILES, LTD., and MIXTILES USA, ) <br> INC., ) <br> ) <br> Defendants. ) | C.A. No. 24-1386-JCB <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

Pursuant to, and in accordance with JCB-CV-7.3(a) of the Court's Order Regulating Practice for civil cases in this District as of May 15, 2025 (D.I. 25), I hereby certify on June 23, 2025, I caused to be served on all counsel of record who are deemed to have consented to electronic service a copy of this Certificate of Service through the Court's CM/ECF System.  Additionally, I caused to be served to the persons listed and in the manner indicated below the following documents:

1. Defendants Mixtiles, Ltd.'s and Mixtiles USA, Inc.'s Answering Brief in Opposition to Plaintiff's Motion for Sanctions;

2. Defendants' Exhibit 1; and

3. Proposed Order.

**BY EMAIL**
Karen E. Keller (kkeller@shawkeller.com)
Andrew E. Russell (arussell@shawkeller.com)
Lindsey M. Gellar (lgellar@shawkeller.com)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700

1

<table>
<tr><td></td><td>HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>/s/ Dominick T. Gattuso<br>Dominick T. Gattuso (#3630)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendants Mixtiles, Ltd. and Mixtiles USA, Inc.*</td></tr>
<tr><td>Dated: June 23, 2025</td><td></td></tr>
</table>

2