IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACER IMAGING LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-1386-JCB ) ) |
| MIXTILES, LTD. and MIXTILES USA, INC. | ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to the procedures set forth in the Court's January 5, 2026, Scheduling Order (D.I. 64), the parties submit this Joint Motion to Amend the Scheduling Order to extend the time for the parties to submit a protective order. The parties have met and conferred and agreed to extend this deadline by 1 week, from January 16, 2026 to January 23, 2026. No other deadlines in the Scheduling Order will change.

This motion is made in good faith by the parties and not for the purpose of delay or other procedural advantage. A case schedule may be modified by "good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The parties have exchanged a draft protective order but request additional time to discuss edits to the draft and agree that good cause exists for this extension to allow these negotiations to continue and to minimize disputes. Additionally, this request will not change the date of any hearing, trial, or other Court date, will not delay discovery nor prejudice either party.

Accordingly, the parties respectfully request that the Court amend the Scheduling Order as set forth in the Proposed Order to Amend Scheduling Order filed herewith.

1

| | |
|---|---|
| SHAW KELLER LLP | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
| */s/ Andrew E. Russell*<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Shaw Keller llp<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br><br>*Attorneys for Plaintiff Tracer Imaging LLC* | */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (No. 3630)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendants Mixtiles, Ltd. and Mixtiles USA, Inc.* |

DATED: January 15, 2026