IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRACER IMAGING LLC,<br><br>Plaintiff,<br><br>v.<br><br>MIXTILES, LTD. and MIXTILES USA, INC.,<br><br>Defendants. | ) | C.A. No. 24-1386-JCB<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on March 13, 2026, a copy of Defendants Mixtiles, Ltd.'s and Mixtiles USA, Inc.'s Initial Invalidity Contentions was served on the following counsel by electronic mail:

OF COUNSEL:

Yuval Marcus
Robert M. Isackson
Henry A. Gubathuler
Tatsuya Adachi
Cha Hyung Kim
LEASON ELLIS LLP
One North Lexington Ave., Suite 1200
White Plains, NY 10601

Karen E. Keller
Andrew E. Russell
Lindsey M. Gellar
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801

OF COUNSEL:

David P. Lindner
Robert S. Mallin
Sufan Zheng
CROWELL & MORING LLP
300 N. LaSalle Drive, Suite 2500
Chicago, IL 60654
(312) 321-4200
dlindner@crowell.com
rmallin@crowell.com
szheng@crowell.com

Dated: March 13, 2026

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendants Mixtiles, Ltd. and Mixtiles USA, Inc.*