UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:24-cv-01386

**Tracer Imaging LLC,**
*Plaintiff,*
v.
**Mixtiles, Ltd., et al.,**
*Defendants.*

# ORDER

The parties filed a joint motion to modify the court's scheduling order (Doc. 64). Doc. 86. That motion is granted. The following deadlines are amended:

| **Event** | **Amended deadline** |
|---|---|
| Deadline by which each party shall simultaneously exchange a list of claim terms, phrases, or clauses which that party contends should be construed or found indefinite by the court, and identify any claim element which that party contends should be governed by 35 U.S.C. § 112(f).<br><br>The parties shall thereafter meet and confer for the purposes of finalizing that list, narrowing or resolving differences, and facilitating the ultimate preparation of the joint claim construction chart. | March 27, 2026 |

| | |
|---|---|
| The parties shall simultaneously exchange a preliminary proposed construction of each claim term, phrase, or clause which the parties collectively have identified for claim construction purposes. Each such "Preliminary Claim Construction" shall also, for each element which any party contends is governed by 35 U.S.C. § 112(f), identify the structure(s), act(s), or material(s) corresponding to that element.<br><br>Each party shall also provide a preliminary identification of extrinsic evidence, including without limitation, dictionary definitions, citations to learned treatises, and prior art they contend support their respective claim constructions or indefiniteness positions. The parties shall identify each such item of extrinsic evidence by production number or produce a copy of any such item not previously produced. This deadline does not require identification or disclosure of percipient or expert witness testimony. Any witness declarations may be served at the time of the parties' claim construction briefs. | April 17, 2026 |
| Deadline by which counsel should meet and confer for the purpose of narrowing or resolving differences in claim construction positions. | October 9, 2026 |

All deadlines not amended remain as ordered in the court's scheduling order (Doc. 64).

*So ordered by the court on March 24, 2026.*

J. CAMPBELL BARKER
United States District Judge