UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:24-cv-01386

**Tracer Imaging LLC,**
*Plaintiff,*
v.
**Mixtiles, Ltd., et al.,**
*Defendants.*

# ORDER

The court modifies its procedures concerning discovery disputes as follows:

Before filing a motion to compel, a motion to quash, or a motion for protection from discovery, lead counsel must confer in good faith about the dispute.

Should counsel find they are unable to resolve a discovery matter or a dispute relating to a protective order, the party seeking relief shall file a letter to the court not exceeding three pages outlining the issues in dispute and its position on those issues. Within five business days of such filing, any party opposing the application for relief may file a letter, not to exceed three pages, outlining that party's opposition. The parties shall notify the court within the respective letters whether they request oral argument on the dispute. A party should include with its letter a proposed order with a detailed issue-by-issue ruling such that, should the court agree with the party on a particular issue, the court could sign the proposed order as to that issue, and the opposing party would be able to understand what it needs to do, and by when, to comply with the court's order. Any proposed order shall be emailed, in Word format, simultaneously with filing to Judge_Barker_ECF-Docs@txed.uscourts.gov.

If the discovery-related dispute is an emergency that needs Judge Barker's immediate attention, the parties shall contact the

court's case manager to schedule an in-person conference/argument.

If a discovery-related motion is filed without leave of the court, it will be denied without prejudice to the moving party's right to bring the dispute to the court through the discovery procedures set forth in this order.

*So ordered by the court on March 30, 2026.*

J. CAMPBELL BARKER
United States District Judge