IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRACER IMAGING LLC,<br><br>Plaintiff,<br><br>v.<br><br>MIXTILES, LTD. and MIXTILES USA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 24-1386-JCB<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on September 16, 2026, a copy of Defendant Mixtiles, Ltd.'s and Mixtiles USA, Inc.'s First Amended Invalidity Contentions with Exhibits A-D was served on the following counsel by electronic mail:

Karen E. Keller
Andrew E. Russell
Lindsey M. Gellar
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801

OF COUNSEL:

Yuval Marcus
Robert M. Isackson
Henry A. Gubathuler
Lori L. Cooper
Tatsuya Adachi
Cha Hyung Kim
LEASON ELLIS LLP
One North Lexington Ave., Suite 1200
White Plains, NY 10601

OF COUNSEL:

David P. Lindner
Robert S. Mallin
Sufan Zheng
CROWELL & MORING LLP
300 N. LaSalle Drive, Suite 2500
Chicago, IL 60654
(312) 321-4200
dlindner@crowell.com
rmallin@crowell.com
szheng@crowell.com

Dated: September 16, 2026

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendants Mixtiles, Ltd. and Mixtiles USA, Inc.*