IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRACER IMAGING LLC,<br><br>Plaintiff,<br><br>v.<br><br>MIXTILES, LTD. and MIXTILES USA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 24-1386-JCB<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on October 7, 2026, copies of (i) Defendants Mixtiles, Ltd.'s and Mixtiles USA, Inc.'s Motion to Stay Proceedings Pending Completion of Instituted Ex Parte Reexamination of All Asserted Claims, (ii) Defendants Mixtiles, Ltd.'s and Mixtiles USA, Inc.'s Opening Brief in Support of Its Motion to Stay Proceedings Pending Completion of Instituted Ex Parte Reexamination of All Asserted Claims, (iii) [Proposed] Order Granting Defendants Mixtiles, Ltd.'s and Mixtiles USA, Inc.'s Motion to Stay Proceedings Pending Completion Ex Parte Reexamination, and (iv) Declaration of Sufan Zheng in Support of Defendants' Opening Brief in Support of Its Motion to Stay Proceedings Pending Completion of Instituted Ex Parte Reexamination of All Asserted Claims with Exhibits 1-9 were served on the following counsel by electronic mail:

OF COUNSEL:

Yuval Marcus
Robert M. Isackson
Henry A. Gubathuler
Lori L. Cooper
Tatsuya Adachi
Cha Hyung Kim
LEASON ELLIS LLP
One North Lexington Ave., Suite 1200
White Plains, NY 10601

Karen E. Keller
Andrew E. Russell
Lindsey M. Gellar
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801

OF COUNSEL:

David P. Lindner
Robert S. Mallin
Sufan Zheng
CROWELL & MORING LLP
300 N. LaSalle Drive, Suite 2500
Chicago, IL 60654
(312) 321-4200
dlindner@crowell.com
rmallin@crowell.com
szheng@crowell.com

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendants Mixtiles, Ltd. and Mixtiles USA, Inc.*

Dated: October 7, 2026